```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     CENTRAL DISTRICT OF CALIFORNIA
10
11  FERNANDO REYES RODRIGUEZ,    )    NO. CV 09-8751-DDP(E)
                                 )
12                 Petitioner,   )
                                 )
13       v.                      )    JUDGMENT
                                 )
14  ATTORNEY GENERAL'S OFFICE,   )
                                 )
15                 Respondent.   )
    _____)
16
17
18       Pursuant to the "Order Denying and Dismissing Petition Without
19  Prejudice," the Petition is denied and dismissed without prejudice.
20
21            DATED:  February 2, 2010.
22
23                                        [signature]
24                           _____
                                       DEAN D. PREGERSON
25                                UNITED STATES DISTRICT JUDGE
26
27
28
```